# Third District Court of Appeal

## State of Florida

Opinion filed August 11, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1011
Lower Tribunal No. 18-5387

_____

## Mark Buechele, et al.,
Appellants,

vs.

## In Re: The Estate of Amparo Berenice Buechele,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Mark E. Buechele and Lorraine Buechele-Lacal, in proper persons.

Law Office of Jerome Hurtak, and Jerome J. Hurtak, for appellee Helene Buechele.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.